NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
TRAVIS LEVERETT
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6522
Travis.Leverett@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>BRENDA TOLENTINO-ESTRADA<br><br>                    Defendant. | Case No. 2:20-cr-004-RFB-VCF-1<br><br>Stipulation for Extension of Discovery Deadline |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, Travis Leverett, Assistant United States Attorney, counsel for the United States of America and Heidi Ojeda, counsel for defendant Brenda Tolentino-Estrada:

THAT THE DISCOVERY DEADLINE CURRENTLY SET FOR March 13, 2020 be vacated and set to April 13, 2020 to reflect the Court's continuance of the trial date in this matter. *See* ECF 22.

This stipulation is entered into for the following reasons:

1. The government is waiting to obtain the results of a fingerprint analysis that was conducted on packages found in the defendant's car.

2. The Court granted the parties' Stipulation (ECF No. 22), extending the trial dates in this case.

3. Defense counsel and counsel for the government agree to the extension of time and further agree that defense counsel may file any substantive motions related to the outstanding discovery after receiving that discovery.

4. Denial of this request for extension of time could result in a miscarriage of justice.

Dated this 12th day of March 2020.

                                    Respectfully Submitted,

                                    NICHOLAS A. TRUTANICH
                                    United States Attorney

                                    */s/ Travis Leverett*
                                    TRAVIS LEVERETT
                                    Assistant United States Attorney

                                    */s/ Heidi Ojeda*
                                    HEIDI OJEDA
                                    Counsel for Brenda Tolentio-Estrada

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
TRAVIS LEVERETT
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6522
Travis.Leverett@usdoj.gov

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>BRENDA TOLENTINO-ESTRADA<br><br>　　　　　　　　　Defendant. | Case No. 2:20-cr-004-RFB-VCF-1<br><br>Stipulation for Extension of Discovery Deadline |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The period within which the government may produce discovery is hereby extended from March 13, 2020 to April 13, 2020

2. Counsel for the defendant may file substantive motions related to the outstanding discovery after having reviewed such discovery.

3. The government is waiting to obtain the results of a fingerprint analysis that was conducted on packages found in the defendant's car.

4. Both counsel for the defendant and counsel for the government agree to the continuance.

For all of the above-stated reasons, the ends of justice would best be served by an extension of the discovery deadline.

## ORDER

IT IS ORDERED that the discovery deadline currently scheduled for March 13, 2020 be extended to April 13, 2020.

DATED this <u>12th</u> day of March 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE